IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, A California Limited Partnership;<br><br>    Plaintiff,<br><br>  vs.<br><br>MARK THORNBURG, an individual; MIKE WEATHERL, AND an individual; and AGTAC SERVICES, LLC, a Nebraska Limited Liability Company;<br><br>    Defendants. | 4:16CV3137<br><br>ORDER |

Pursuant to the agreement of the parties,

IT IS ORDERED:

1) The parties' joint motion to stay, (Filing No. 82), is granted. All proceedings in the above-captioned case are stayed pending further Order of this Court.

2) The Motion for Injunction transferred to this court from the United States District Court for the Northern District of Texas, (Filing No. 71), is denied without prejudice to re-opening the motion if this case, along with Universal Protection Service, LP v. Kelly Wavada, et al., Case No. 4:16-cv-03039, are not dismissed in accordance with the parties' global settlement to resolve all claims.

3) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes, and shall set an internal case management deadline of May 1, 2017 to check on whether the case can be fully dismissed and judgment entered in accordance with the parties' settlement agreement.

Dated this 29th day of August, 2016

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge